UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVE CHARLES GILBERT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-1698-MLCF-SS** |
| **CAROLYN COLVIN,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION** | |

## REPORT AND RECOMMENDATION

The plaintiff, Steve Charles Gilbert, Jr. ("Gilbert"), and the defendant, Corolyn Colvin, Commissioner of Social Security Administration ("Commissioner"), filed cross-motions for summary judgment. Rec. docs. 10 and 13. Gilbert filed a motion for a voluntary dismissal without prejudice. Rec. doc. 14. The Commissioner reports that there is no opposition.

## RECOMMENDATION

IT IS RECOMMENDED that: (1) Gilbert's motion for voluntary dismissal (Rec. doc. 14) be GRANTED; and (2) Gilbert's complaint be dismissed without prejudice.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

    New Orleans, Louisiana, this 29th day of April, 2013.

                                                **SALLY SHUSHAN**
                                         **United States Magistrate Judge**