UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STEVE CHARLES GILBERT, JR.                           CIVIL ACTION

VERSUS                                               NO: 12-1698-MLCF-SS

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that:  (1) the motion of the plaintiff, Steve Charles Gilbert, Jr. ("Gilbert"), for voluntary dismissal (Rec. doc. 14) is GRANTED; and (2) Gilbert's complaint is dismissed without prejudice.

New Orleans, Louisiana, this 20th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE